State Bank of Seaton, appellant, v. R. L. Bryans, appellee. Gen. No. 7,492.

Action on promissory note. Judgment for defendant. Appeal from the Circuit Court of Henderson county; the Hon. Willis F. Graham, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed August 24, 1925. Rehearing denied October 6, 1925.

James A. Allen and Hartzell & Werts, for appellant. L. H. Hanna and Scofield & Bell, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

W. C. Frieling, for use of Henry Dummer, appellant, v. Frank P. Emling et al., appellees. Gen. No. 7,477.

Motion to vacate judgment. Order for vacation. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed August 29, 1925.

H. H. Whittemore, for appellant. J. Harvey Robillard, for appellees.

Mr. Justice Jett delivered the opinion of the court.

---

Johnson Brothers, appellees, v. Herman Vierke, appellant. Gen. No. 7,495.

Replevin. Judgment for plaintiffs. Appeal from the Circuit Court of Kane county; the Hon. John K. Newhall, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed September 14, 1925.

Harry G. Hempstead and Roy R. Phillips, for appellant. Harvey Gunsul, for appellees; Olney Allen, of counsel.

Mr. Justice Jett delivered the opinion of the court.

---

Isaac Thomason, appellee, v. Central Illinois Public Service Company, appellant. Gen. No. 7,489.

Action for personal injuries sustained in runaway caused by drop of cross-arm from electric wire pole. Judgment for plaintiff. Appeal from the Circuit of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed September 29, 1925.

Vause & Kiger, for appellant; A. F. Goodyear, of counsel. Dyer & Dyer and J. W. Kern, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

Frank E. Johnson, administrator of the estate of John Emmert Norman, deceased, appellee, v. City of Rockford, appellant. Gen. No. 7,515.

Action for negligence in failing to maintain barrier on sidewalk. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Earl D. Reynolds, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed September 29, 1925. Rehearing denied January 12, 1926.

David D. Madden and George T. Liddell, for appellant. Roy F. Hall, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.